UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHAWN EDWARD WEBB JR.,

Plaintiff,

v.

CITY OF CAMPBELL, et al.,

Defendants.

Case No. 26-cv-01991-VKD

**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDERS**

Re: Dkt. Nos. 6, 14

On June 3, 2026, the Court issued an order continuing the initial case management conference to July 28, 2026 at 1:30 p.m. and directing the parties to file a joint case management statement by July 21, 2026. Dkt. No. 6. The parties did not file a joint case management statement as ordered. On July 22, 2026, the Court issued an order noting that the parties had not filed a joint case management statement and directing the parties to file a joint case management statement by July 23, 2026. Dkt. No. 14. The docket reflects that the parties did not file a joint case management statement as ordered.

By **noon on July 27, 2026**, all parties shall file a written response to this order, showing cause why the Court should not impose monetary or other sanctions against the parties and/or their counsel for their failure to comply with the Court's June 3, 2026 and July 22, 2026 orders. **Counsel shall appear for a show cause hearing on July 28, 2026 at 1:30 p.m. via Zoom video conference**.

//

//

//

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: July 24, 2026

Virginia K. DeMarchi
United States Magistrate Judge